IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WIZKIDS CREATIONS CO., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| SEPTA TRANSPORTATION, <u>et al.</u>, | : | |
| Defendants. | : | NO. 02-3249 |

### CERTIFICATE OF SERVICE.

The undersigned counsel for defendant, Southeastern Pennsylvania Transportation Authority, certifies that true and correct copies of defendant's Motion To Dismiss, supporting Memorandum of Law and proposed Order were served on July 15, 2002, in the manner noted, and addressed as follows:

**EXPRESS MAIL - RETURN RECEIPT REQUESTED**
WizKids Creations Company
c/o Larry Hackney
5422 Chester Avenue
Philadelphia, PA 19143
   Plaintiff

**HAND DELIVERY**
Richard J. Perr, Esquire
Fineman & Bach, P.C.
1608 Walnut Street, 19th Floor
Philadelphia, PA 19103
   Attorney for Defendant
   Portfolio Associates, Inc.

_____
OF COUNSEL:                          Howard A. Rosenthal
Pelino & Lentz, P.C.                 Richard J. Hoff, Jr.
One Liberty Place                       Attorneys for Defendant
Thirty Second Floor                     Southeastern Pennsylvania
1650 Market Street                      Transportation Authority
Philadelphia, PA 19103-7393
(215) 665-1540