# Department of State
## Corporations

Corporations Home Page

DOS Home Page

*Return to Searchable Database Main Menu*

(Use <u>Last Name, First Name</u> for business names which consist of a person's first and last name (i.e., Smith, John Inc.))

Fictitious Name Owners 

| ENTITY NO: | 2950497 | | |
|---|---|---|---|
| NAME: | WIZ KIDS CREATIONS COMPANY | | |
| OWNER NAME: | FILED DATE: | | TIME: |
| LINNIE A FORTUNE | 6-30-2000 | | 8:18:53:82 |
| LARRY HACKNEY | 6-30-2000 | | 8:19:54:83 |

<u>Basic Entity Information</u> | <u>Instrument History</u> |

Pennsylvania Department of State
206 North Office Building, Harrisburg, PA 17120
Phone - (717) 787-1057