| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO DAY YEAR | | | J | N/S | O | PTF | DEF | 23 | $ DEMAND Nearest $1,000 | JUDGE MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 2 | 89 | 7434 | 10 | 17 | 89 | 3 | 890 | 1 | | | | | I341TON M | 42101 | | 89 | 7434 |

| PLAINTIFFS | ARB N | DEFENDANTS |
|---|---|---|
| HACKNEY, LARRY | VS. | SANDS HOTEL & CASINO |

CAUSE   All other federal question

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

RELATED CASE NO. 88-5205

**ATTORNEYS**

P.P.
~~1803 Christian St.~~
~~Philadelphia PA 19148~~
P.O. BOX 13145
Phila., Pa 19102

| ☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | 10/84 |

UNITED STATES DISTRICT COURT DOCKET

DC-111 Pa.E. (Rev. 4/86)

| DATE | NR. | PROCEEDINGS 89-7434 (TON) |
|---|---|---|
| 1989 | | |
| 1 OCT | 17 | PLFF'S MOTION TO PROCEED IN FORMA PAUPERIS, STATEMENT, FILED. |
| 2 " | 19 | ORDER THAT PLFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS GRANTED. PLFF'S COMPLAINT IS DISMISSED AS FRIVOLOUS, FILED. 10/19/89 entered and copies mailed. |
| (1) " | 19 | Complaint, filed. |
| 3 " | 27 | Plffs notice of appeal, filed.  (89-1932) 10/30/89 copies to Dan Spitz, Judge O'Neill, Jr., |
| 4 " | 27 | Copy of clerk's notice to USCA, filed. |
| 5 NOV | 9 | Copy of TPO, filed. |
| -- " | 13 | ORIGINAL RECORD TRANSMITTED TO U.S.C.A. |
| ==1990== | | |
| 6 MAR | 28 | Certified copy of USCA dated 3-27-90 that the motion to proceed informa pauperis is granted, the appeal is dismissed as frivolous, motion of counsel is denied as moot, filed |
| ==1992== | | |
| 7 JAN | 22 | PLFF'S MOTION TO AMEND COMPLAINT TO ORDER OCT 19, 1989, FILED |
| 8 " | 31 | ORDER THAT PLFF'S MOTION TO AMEND COMPLAINT IS DENIED, FILED |

Docket as of March 28, 2000 7:00 pm      Web PACER (v2.3)

# U.S. District Court

## U.S. District Court of Eastern Pennsylvania (Philadelphia)

### CIVIL DOCKET FOR CASE #: 90-CV-5803

### HACKNEY v. SANDS HOTEL & CASINO, et al

Filed: 09/07/90
Assigned to: JUDGE THOMAS N. O'NEILL, JR.
Demand: $0,000
Nature of Suit: 820
Lead Docket: None
Jurisdiction: Federal Question
Dkt # in EDPA : is related to 90-1712
Cause: 28:1338 Copyright Infringement

```
LARRY HACKNEY              LARRY HACKNEY
    PLAINTIFF              [COR LD NTC] [PRO SE]
                           126 N. 50TH STREET
                           PHILADELPHIA, PA 19139
     v.
SANDS HOTEL & CASINO
    DEFENDANT
CLARIDGE HOTEL & CASINO
    DEFENDANT
```

## DOCKET PROCEEDINGS

DATE    #        DOCKET    ENTRY

9/7/90    1      MOTION TO PROCEED IN FORMA PAUPERIS BY PLAINTIFF LARRY HACKNEY, STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (jm) [Entry date 09/10/90] [Edit date 09/10/90]

9/14/90    2      ORDER GRANTING [1-1] MOTION TO PROCEED IN FORMA PAUPERIS, DISMISSING ACTION AS FRIVOLOUS ( SIGNED BY JUDGE THOMAS N. O'NEILL JR. ) 09/17/90 ENTERED AND COPIES MAILED. (ms) [Entry date 09/17/90]

9/14/90    3      Complaint. (ms) [Entry date 09/17/90]

9/14/90    --     Case closed (kv) [Entry date 10/01/90]

9/27/90    4      MOTION BY PLAINTIFF LARRY HACKNEY FOR RECONSIDERATION OF [2-1] ORDER DISMISSING ACTION AS FRIVOLOUS (ms) [Entry date 09/28/90]

```
10/15/90  5     ORDER   DENYING [4-1] MOTION FOR RECONSIDERATION OF [2-1]
                ORDER DISMISSING ACTION AS FRIVOLOUS ( SIGNED BY JUDGE
                THOMAS N. O'NEILL JR. ) 10/15/90 ENTERED AND COPIES MAILED.
                (ms) [Entry date 10/15/90]
```

Case Flags:
CLOSED

END OF DOCKET: 2:90cv5803

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2002 11:17:15 | | | |
| PACER Login: | pl0012 | Client Code: | 5712.00.000 whizkids new case |
| Description: | docket report | Search Criteria: | 2:90cv05803 |
| Billable Pages: | 2 | Cost: | 0.14 |

Docket as of July 12, 2000 8:19 pm        Web PACER (v2.3)

# U.S. District Court

## U.S. District Court of Eastern Pennsylvania (Philadelphia)

### CIVIL DOCKET FOR CASE #: 90-CV-8059

### HACKNEY v. SANDS HOTEL & CASINO, et al

Filed: 12/24/90
Assigned to: JUDGE HERBERT J. HUTTON
Demand: $0,000
Nature of Suit: 820
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 17:101 Copyright Infringement

---

LARRY HACKNEY             LARRY HACKNEY
    PLAINTIFF               [COR LD NTC] [PRO SE]
                            126 N. 50TH STREET
                            PHILADELPHIA, PA 19139
   v.
SANDS HOTEL & CASINO
    DEFENDANT
CLARIDGE HOTEL & CASINO
    DEFENDANT

---

## DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 12/24/90 | 1 | MOTION by PLAINTIFF LARRY HACKNEY TO PROCEED IN FORMA PAUPERIS, STATEMENT IN SUPPORT THEREOF. (sf) [Entry date 12/26/90] [Edit date 12/26/90] |
| 12/24/90 | -- | Case Eligible for Arbitration (sf) [Entry date 12/26/90] |
| 1/11/91 | 2 | MOTION by PLAINTIFF LARRY HACKNEY FOR APPOINTMENT OF COUNSEL . (kw) [Entry date 01/14/91] |
| 1/17/91 | 3 | Certificate of service by PLAINTIFF LARRY HACKNEY re: served defts with copy of motion for appointment of counsel. (kw) [Entry date 01/18/91] |
| 1/18/91 | 4 | ORDER THAT COMPLAINT IS DISMISSED AS FRIVOLOUS, ETC. ( SIGNED BY JUDGE HERBERT J. HUTTON ) 1/18/91 ENTERED AND COPIES MAILED. (kw) [Entry date 01/18/91] |

| Date | # | Entry |
|---|---|---|
| 1/18/91 | -- | Case closed (sm) [Entry date 01/23/91] |
| 2/6/91 | 5 | ORDER MOOTING [2-1] MOTION FOR APPOINTMENT OF COUNSEL ( SIGNED BY JUDGE HERBERT J. HUTTON ) 2/6/91 ENTERED AND COPIES MAILED. (mc) [Entry date 02/06/91] |
| 2/12/91 | 6 | Notice of appeal by PLAINTIFF LARRY HACKNEY. Copies to JUDGE HERBERT J. HUTTON , Clerk USCA, Appeals Clerk. (kw) [Entry date 02/13/91] [Edit date 02/13/91] |
| 2/12/91 | 7 | Copy of Clerk's notice to USCA re: [6-1] appeal. (kw) [Entry date 02/13/91] |
| 2/22/91 | -- | Notice of Docketing ROA from USCA Re: [6-1] appeal USCA NUMBER: 91-1126, dated 2/22/91. (kw) [Entry date 02/27/91] |
| 3/6/91 | 8 | Copy of TPO form. [6-1] appeal. (kw) [Entry date 03/07/91] |
| 3/8/91 | -- | ORIGINAL RECORD TRANSMITTED TO U.S.C.A. (Pleading #1 not included) (cc) [Entry date 03/08/91] |
| 5/31/91 | 9 | Certified copy of order from USCA dated 5/30/91 Re: [6-1] appeal that the foregoing motion to procceed in forma pauperis is granted. The motion for counsel is denied. (kw) [Entry date 06/03/91] [Edit date 07/11/00] |
| 10/28/91 | 10 | Certified copy of order from USCA dated 10/28/91 that the judgment of the district court be & is hereby affirmed. Costs taxed against appellant. (kw) [Entry date 10/29/91] |
| 10/28/91 | -- | Record returned from U.S. Court of appeals. (kw) [Entry date 10/29/91] |

Case Flags:
CLOSED

END OF DOCKET: 2:90cv8059

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2002 11:16:38 | | | |
| PACER Login: | pl0012 | Client Code: | 5712.00.000 whizkids new case |
| Description: | docket report | Search Criteria: | 2:90cv08059 |
| Billable Pages: | 2 | Cost: | 0.14 |

Docket as of March 28, 2000 11:52 pm  Web PACER (v2.3)

# U.S. District Court

## U.S. District Court of Eastern Pennsylvania (Philadelphia)

### CIVIL DOCKET FOR CASE #: 92-CV-421

### HACKNEY v. SANDS HOTEL & CASINO, et al

Filed: 01/22/92
Assigned to: JUDGE LOUIS C. BECHTLE
Demand: $0,000
Nature of Suit: 820
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 28:1338 Copyright Infringement

```
LARRY HACKNEY                   LARRY HACKNEY
     PLAINTIFF                  [COR LD NTC] [PRO SE]
                                1220 W. LINDLEY STREET
                                APT. 111
                                PHILADELPHIA, PA 19140
                                USA
   v.
SANDS HOTEL & CASINO            FREDERICK H. KRAUS
     DEFENDANT                  FAX 609-441-4937
                                [COR LD NTC]
                                SANDS HOTEL AND CASINO
                                INDIANA AVE & BRIGHTON PARK
                                ATLANTIC CITY, NJ 08401-6884
                                USA

CLARIDGE HOTEL & CASINO
     DEFENDANT
   [term 02/20/92]
CLARIDGE CASINO HOTEL           NICHOLAS PODUSLENKO
     DEFENDANT                  FAX 215-665-3165
                                [COR LD NTC]
                                OBERMAYER, REBMANN, MAXWELL AND
                                HIPPEL
                                111 S. 15TH STREET
                                14TH FLOOR, PACKARD BLDG.
                                PHILA, PA 19102
                                USA
```

## DOCKET PROCEEDINGS

DATE    #           DOCKET   ENTRY

| Date | # | Description |
|---|---|---|
| 1/22/92 | 1 | MOTION by PLAINTIFF LARRY HACKNEY TO PROCEED IN FORMA PAUPERIS, STATEMENT IN SUPPORT. (mf) [Entry date 01/23/92] |
| 1/22/92 | -- | Standard Case Management Track. (mf) [Entry date 01/23/92] |
| 1/27/92 | 2 | ORDER GRANTING [1-1] MOTION TO PROCEED IN FORMA PAUPERIS. SUMMONSES ARE TO ISSUE. SERVICE IS TO BE MADE UPON DEFENDANTS BY THE U.S. MARSHAL, AND A COPY OF THIS ORDER IS TO BE DIRECTED TO PLAINTIFF AND THE DEFENDANTS. ETC. (SIGNED BY CHIEF JUDGE LOUIS C. BECHTLE) 1/28/92 ENTERED AND COPIES MAILED. (hb) [Entry date 01/28/92] |
| 1/27/92 | 3 | Complaint. (hb) [Entry date 01/28/92] |
| 1/27/92 | -- | Summons(es) issued; Forwarded to: U.S. Marshal on 1/28/92. (hb) [Entry date 01/28/92] |
| 1/27/92 | -- | Standard Case Management Track. (hb) [Entry date 01/28/92] |
| 2/14/92 | 4 | Notice of change of address by LARRY HACKNEY. (hb) [Entry date 02/14/92] |
| 2/20/92 | 5 | Amended complaint by PLAINTIFF LARRY HACKNEY, amending [3-1] complaint against CLARIDGE CASINO HOTEL. (hb) [Entry date 02/21/92] |
| 2/20/92 | -- | Summons issued on Amended Complaint; Forwarded to: US Marshal on 2/21/92. (hb) [Entry date 02/21/92] |
| 3/25/92 | 6 | MOTION BY DEFENDANT SANDS HOTEL & CASINO TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED PURSUANT TO F.R.C.P. 12(b)(6), AFFIDAVITS, MEMORANDUM, CERTIFICATE OF SERVICE. (hb) [Entry date 03/25/92] |
| 3/31/92 | 7 | MOTION BY PLAINTIFF LARRY HACKNEY TO EXPEDITE IN RESPONSE. (hb) [Entry date 04/01/92] |
| 3/31/92 | 8 | Appearance of NICHOLAS PODUSLENKO for Claridge at Park Place, Inc. misidentified in plaintiff's complaint as DEFENDANT CLARIDGE CASINO HOTEL. (hb) [Entry date 04/01/92] |
| 3/31/92 | 9 | MOTION BY DEFENDANT CLARIDGE CASINO HOTEL TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED PURSUANT TO F.R.C.P. 12(b)(6), AFFIDAVIT, CERTIFICATE OF SERVICE. (hb) [Entry date 04/01/92] |
| 4/6/92 | 10 | Response by PLAINTIFF LARRY HACKNEY to [6-1] MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED PURSUANT TO F.R.C.P. 12(b)(6). (hb) [Entry date 04/07/92] |
| 4/7/92 | 11 | Supplemental Certificate of service by DEFENDANT SANDS HOTEL & CASINO; re: Motion to Dismiss the Amended Complaint. (hb) [Entry date 04/08/92] |
| 4/10/92 | 12 | MOTION BY PLAINTIFF LARRY HACKNEY TO EXPEDITE IN FULL RESPONSE. (mc) [Entry date 04/13/92] |
| 4/17/92 | 13 | MOTION BY PLAINTIFF LARRY HACKNEY TO FORMALLY CHARGE THE SANDS HOTEL & CASINO INFRINGEMENT SEEKING RELIEF FROM THEIR PRESIDENT. (hb) [Entry date 04/20/92] |
| 4/17/92 | 14 | MOTION BY PLAINTIFF LARRY HACKNEY TO FORMALLY CHARGE THE CLARIDGE CASINO HOTEL'S INFRINGEMENT SEEKING RELIEF FROM THEIR VICE PRESIDENT GLORIA SOTO. (hb) [Entry date 04/20/92] |
| 4/28/92 | 15 | MEMORANDUM ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT. IT IS FURTHER ORDERED THAT PLAINTIFF MAY NOT FILE ANY COPYRIGHT INFRINGEMENT ACTIONS AGAINST ANY PARTY |

```
                    RELATING TO THE "PEOPLE MOVER" WITHOUT LEAVE OF THIS COURT.
                    IN SEEKING LEAVE OF COURT, PLAINTIFF MUST CERTIFY THAT THE
                    CLAIMS HE WISHES TO PRESENT ARE NEW CLAIMS, NEVER BEFORE
                    RAISED AND DISPOSED OF ON THE MERITS BY ANY FEDERAL COURT.
                    UPON A FAILURE TO CERTIFY OR UPON A FALSE CERTIFICATION,
                    PLAINTIFF MAY BE FOUND IN CONTEMPT OF COURT AND PUNISHED
                    ACCORDINGLY. PLAINTIFF MUST ALSO SUBMIT UNDER OATH A
                    STATEMENT SETTING FORTH EACH AND EVERY FACT HE WOULD
                    PRESENT AT TRIAL SUPPORTING HIS CLAIM OF INFRINGEMENT.
                    PLAINTIFF'S MOITONS TO EXPEDITE IN FULL RESPONSE AND TO
                    FORMALLY CHARGE DEFENDANTS MR. BRADLEY H. STONE AND GLORIA
                    SOTO ARE DISMISSED. ( SIGNED BY CHIEF JUDGE LOUIS C.
                    BECHTLE ) 4/28/92 ENTERED AND COPIES MAILED. (hb)
                    [Entry date 04/28/92]

4/28/92    --       Case closed (kv) [Entry date 04/29/92]

5/1/92     16       MOTION BY PLAINTIFF LARRY HACKNEY FOR TEMPORARY
                    RESTRAINING ORDER OF A COPYRIGHT. (th) [Entry date 05/04/92]

5/7/92     17       MEMORANDUM ORDER DENYING [16-1] MOTION TO GRANT TEMPORARY
                    AND FINAL INJUNCTIONS TO PREVENT OR RESTRAIN AN
                    INFRINGEMENT OF A COPYRIGHT. ( SIGNED BY CHIEF JUDGE LOUIS
                    C. BECHTLE ) 5/8/92 ENTERED AND COPIES MAILED. (hb)
                    [Entry date 05/08/92]

5/19/92    18       ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A
                    COMPLAINT. ( SIGNED BY CHIEF JUDGE LOUIS C. BECHTLE )
                    5/19/92 ENTERED AND COPIES MAILED. (hb)
                    [Entry date 05/19/92]

12/29/92   19       Letter from Larry Hackney to Judge Bechtle re: appointment
                    of counsel. (jo) [Entry date 12/30/92]

1/6/93     20       ORDER THAT PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL
                    AND FOR LEAVE TO FILE AN AMENDED COMPLAINT IS DENIED.
                    (SIGNED BY CHIEF JUDGE LOUIS C. BECHTLE) 1/7/93 ENTERED AND
                    COPIES MAILED. (jo) [Entry date 01/07/93]

3/8/93     21       U.S. Marshal return: summons and complaint executed on
                    3/12/93. (jo) [Entry date 03/09/93]
```

Case Flags:
f-STND
CLOSED

END OF DOCKET: 2:92cv421

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2002 11:16:05 | | | |
| PACER Login: | pl0012 | Client Code: | 5712.00.000 whizkids new case |
| Description: | docket report | Search Criteria: | 2:92cv00421 |
| Billable Pages: | 4 | Cost: | 0.28 |

Docket as of December 31, 1999 6:03 pm Web PACER (v2.3)

# U.S. District Court

## U.S. District Court of Eastern Pennsylvania (Philadelphia)

### CIVIL DOCKET FOR CASE #: 97-CV-1015

### HACKNEY v. LEHRER MCGOVERN BOVI, et al

Filed: 02/11/97
Assigned to: JUDGE WILLIAM H. YOHN, JR.
Demand: $0,000
Nature of Suit: 820
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 17:101 Copyright Infringement

```
LARRY HACKNEY                       LARRY HACKNEY
     PLAINTIFF                      [COR LD NTC] [PRO SE]
                                    4431 SANSOM STREET
                                    PHILADELPHIA, PA 19104
   v.
LEHRER MCGOVERN BOVIS OF            AARON R. KRAUSS
PENNA.                              FAX 215-981-4750
     DEFENDANT                      [COR LD NTC]
                                    PEPPER, HAMILTON & SCHEETZ
                                    18TH & ARCH STREETS
                                    3000 TWO LOGAN SQUARE
                                    PHILA, PA 19103-2799
                                    USA

DAVID JACOBSON ASSOCIATES,
P.A.
     DEFENDANT
LEHRER MCGOVERN BOVIS GROUP,        AARON R. KRAUSS
INC.                                (See above)
     DEFENDANT                      [COR LD NTC]
GREATE BAY & CASINO, INC.           FREDERICK H. KRAUS
     DEFENDANT                      FAX 609-441-4937
                                    [COR LD NTC]
                                    SANDS HOTEL AND CASINO
                                    INDIANA AVE & BRIGHTON PARK
                                    ATLANTIC CITY, NJ 08401-6884
                                    USA

CLARIDGE AT PARK PLACE, INC.
     DEFENDANT
```

# DOCKET   PROCEEDINGS

DATE   #           DOCKET   ENTRY

| Date | # | Entry |
|---|---|---|
| 2/10/97 | 1 | MOTION by PLAINTIFF LARRY HACKNEY TO PROCEED IN FORMA PAUPERIS , STATEMENT IN SUPPORT OF, CERTIFICATE OF SERVICE, CERTIFICATE OF CLAIMS. (1al) [Entry date 02/11/97] |
| 2/10/97 | -- | Special Case Management Track. (1al) [Entry date 02/11/97] |
| 2/20/97 | 2 | ORDER THAT PLFF'S MOTION FOR LEAVE TO FILE A COMPLAINT IS GRANTED. IT IS FURTHER ORDERED THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE COMPLAINT IS TO BE FILED, THE SUMMONS IS TO ISSUE, SERVICE OF THE SUMMONS & COMPLAINT IS TO BE MADE UPON DEFT BY THE U.S. MARSHALS SERVICE IN THE EVENT THAT WAIVER OF SERVICE IS NOT EFFECTED UNDER F.R.C.P. 4(d)(2). TO EFFECT WAIVER OF SERVICE THE CLERK OF COURT IS SPECIFICALLY APPOINTED TO SERVE A WRITTEN WAIVER REQUEST ON EACH DEFT, ETC. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ) 2/21/97 ENTERED AND COPIES MAILED. (kw) [Entry date 02/21/97] |
| 2/20/97 | 3 | Complaint. (kw) [Entry date 02/21/97] |
| 2/20/97 | 4 | Request for Waiver of Service by PLAINTIFF LARRY HACKNEY as to DEFENDANT LEHRER MCGOVERN BOVI, DEFENDANT DAVID JACOBSON, DEFENDANT LEHRER MCGOVERN BOVIS, DEFENDANT GREATE BAY & CASINO, DEFENDANT CLARIDGE AT PARK PLACE 2/20/97. Waiver of Service due by 3/22/97 for LEHRER MCGOVERN BOVIS, for DAVID for LEHRER MCGOVERN BO, for GREATE BAY & CASINO, for CLARIDGE AT PARK PLACE. (kw) [Entry date 02/21/97] |
| 3/7/97 | -- | Notice of PLAINTIFF LARRY HACKNEY requesting correct mailing address as to DEFENDANT LEHRER MCGOVERN BOVIS, INC. (kw) [Entry date 03/07/97] |
| 3/7/97 | 5 | Appearance of AARON R. KRAUSS, ESQ. for DEFENDANT LEHRER MCGOVERN BOVIS OF PA, DEFENDANT LEHRER MCGOVERN BOVIS, INC., Cert. of Service. (kw) [Entry date 03/10/97] |
| 3/10/97 | 6 | Waiver of Service Returned Executed as to DEFENDANT LEHRER MCGOVERN BOVIS OF PA, DEFENDANT LEHRER MCGOVERN BOVIS, INC. 2/21/97. Answer due on 4/22/97 for LEHRER MCGOVERN BOVIS OF PA, for LEHRER MCGOVERN BOVIS, INC. (kw) [Entry date 03/10/97] |
| 3/12/97 | 7 | Request for Waiver of Service by PLAINTIFF LARRY HACKNEY as to DEFENDANT LEHRER MCGOVERN BOVIS OF PENNA. 3/12/97. Waiver of Service due by 4/11/97 for LEHRER MCGOVERN BOVIS OF PENNA. (kw) [Entry date 03/13/97] |
| 3/17/97 | 8 | Waiver of Service Returned Executed as to DEFENDANT DAVID JACOBSON 2/21/97. Answer due on 4/22/97 for DAVID JACOBSON. (kw) [Entry date 03/17/97] |
| 3/17/97 | 9 | Request for appointment of attorney by PLAINTIFF LARRY HACKNEY. (jcw) [Entry date 03/18/97] |
| 3/19/97 | 10 | Certificate of service by PLAINTIFF LARRY HACKNEY, re: Served a true and correct copy of motion for an appointment of counsel upon Lehrer McGovern Bovis of PA, David Jacobson Assoc., Lehrer McGovern Bovis Group, Inc., et al by regular mail on 3/19/97. (kw) [Entry date 03/20/97] |
| 3/19/97 | 11 | Response by PLAINTIFF LARRY HACKNEY, re: Received entry of appearance of Robert E. Heideck, Esq. on 3/15/97. (kw) [Entry date 03/20/97] |
| 3/20/97 | 12 | ORDER THAT PLFF'S REQUEST FOR APPOINTMENT OF ATTORNEY IS DENIED WITHOUT PREJUDICE TO THE RIGHT OF THE PLFF TO RENEW THE SAME AT SOME LATER STAGE IN THE PROCEEDING. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ) 3/20/97 ENTERED AND COPIES MAILED AND FAXED. (kw) [Entry date 03/20/97] |

| Date | # | Entry |
|---|---|---|
| 3/20/97 | 13 | Waiver of Service Returned Executed as to DEFENDANT GREATE BAY & CASINO 2/21/97. Answer due on 4/22/97 for GREATE BAY & CASINO. (kw) [Entry date 03/20/97] |
| 3/20/97 | 14 | Waiver of Service Returned Executed as to Frank A. Bellis, Jr., Senior Vice President 2/21/97. (kw) [Entry date 03/21/97] |
| 3/26/97 | -- | Summons(es) issued; Forwarded to: U.S. Marshal 3/26/97. (1 Original as to CLARIDGE AT PARK PLACE, INC.) (kw) [Entry date 03/26/97] [Edit date 03/26/97] |
| 3/28/97 | 15 | MOTION BY DEFENDANTS, LEHRER MCGOVERN BOVIS OF PENNSYLVANIA AND LEHRER MCGOVERN BOVIS, INC. TO DISMISS AND FOR CONTEMPT SANCTIONS, MEMORANDUM OF LAW IN SUPPORT, CERTIFICATE OF SERVICE. (sj) [Entry date 03/28/97] |
| 4/7/97 | 16 | MOTION by DEFENDANT DAVID JACOBSON TO DISMISS AND FOR CONTEMPT SANCTIONS, MEMORANDUM, CERTIFICATE OF SERVICE. (adr) [Entry date 04/07/97] |
| 4/11/97 | 17 | MOTION BY DEFENDANT GREATE BAY & CASINO TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) AND FOR OTHER RELIEF, MEMORANDUM, CERTIFICATE OF SERVICE. (kw) [Entry date 04/11/97] |
| 4/11/97 | -- | Letter to FREDERICK H. KRAUS re: L.R. 83.5 and 83.5.2. (kw) [Entry date 04/11/97] |
| 4/11/97 | 18 | Response by PLAINTIFF LARRY HACKNEY. (aa) [Entry date 04/14/97] |
| 4/11/97 | 19 | MOTION BY PLAINTIFF LARRY HACKNEY FOR LEAVE OF THE COURT TO FILE A COMPLAINT TO NAME PROPER DEFENDANTS, CERTIFICATE OF SERVICE. (aa) [Entry date 04/14/97] |
| 4/18/97 | 20 | Reply Memorandum of law by DEFENDANT LEHRER MCGOVERN BOVIS OF PA, DEFENDANT LEHRER MCGOVERN BOVIS, INC. in support of MOTION TO DISMISS AND FOR CONTEMPT SANCTIONS, Cert. of Service. (kw) [Entry date 04/21/97] |
| 4/25/97 | 21 | MEMORANDUM AND ORDER THAT DEFTS' MOTIONS TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED ARE GRANTED. THE COMPLAINT IS DISMISSED WITH PREJUDICE AS TO ALL DEFTS. DEFTS' MOTIONS TO HOLD PLFF IN CONTEMPT OF COURT ARE DENIED. IT IS FURTHER ORDERED THAT PLFF IS ENJOINED FROM FILING ANY COMPLAINT AGAINST ANY PERSON, CORPORATION OR OTHER ENTITY FOR ANY CLAIMS ALLEGING COPYRIGHT INFRINGEMENT OF THE "@FLYING CARPET" WITHOUT FIRST SEEKING AUTHORIZATION OF THE COURT IN WHICH PLFF SEEKS TO FILE, ETC. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ) 4/28/97 ENTERED AND COPIES: COPIES FAXED ON 4/25/97. (kw) [Entry date 04/28/97] [Edit date 04/28/97] |
| 4/25/97 | -- | Case closed (kv) [Entry date 04/29/97] |
| 5/5/97 | 22 | 2nd Response by PLAINTIFF LARRY HACKNEY to Defts Memorandum of Law in support the motion to dismiss and for contempt sanctions filed by defts Lehrer McGovern Bovis of PA. and Lehrer Bovis, Inc., cert. of service. (jef) [Entry date 05/06/97] |
| 5/12/97 | 23 | Return of service by U.S. Marshal executed as to DEFENDANT CLARIDGE AT PARK PLACE on 4/25/97. (kw) [Entry date 05/13/97] |
| 5/19/97 | 24 | Notice of appeal by PLAINTIFF LARRY HACKNEY . Fee Status: IFP . Appeal record due on 6/18/97 Copies to: JUDGE WILLIAM H. YOHN JR. , Clerk USCA, Appeals Clerk, and CLARIDGE AT PARK PLA, DAVID JACOBSON, FREDERICK H. KRAUS, |

|  |  |  |
|---|---|---|
|  |  | AARON R. KRAUSS, LARRY HACKNEY (cl) [Entry date 05/20/97] |
| 5/19/97 | 25 | Copy of Clerk's notice to USCA re: Larry Hackney appeal. (cl) [Entry date 05/20/97] |
| 5/21/97 | -- | CERTIFIED AND TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF APPEALS (Pleading 6 is not included). (pet) [Entry date 05/21/97] |
| 5/28/97 | 26 | Copy of TPO form ref: [24-1] appeal. (kw) [Entry date 05/28/97] |
| 5/28/97 | -- | Notice of Docketing ROA from USCA Re: [24-1] appeal USCA NUMBER: 97-1393 on 5/28/97. (jjc) [Entry date 05/29/97] |
| 12/3/97 | 27 | Certified copy of order from USCA, dated 12/3/97, Re: [24-1] appeal that the judgment of the district court entered 4/28/97 be and is hereby affirmed. Costs taxed against appellant. (kw) [Entry date 12/03/97] |
| 12/3/97 | -- | Record on appeal returned from U.S. Court of Appeals. (kw) [Entry date 12/03/97] |

Case Flags:
e-SPEC
CLOSED

END OF DOCKET: 2:97cv1015

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2002 11:14:38 | | | |
| PACER Login: | pl0012 | Client Code: | 5712.00.000 whizkids new case |
| Description: | docket report | Search Criteria: | 2:97cv01015 |
| Billable Pages: | 6 | Cost: | 0.42 |

| Home | PACER | Full Docket | | Help |

If you view the full docket, you will be charged for 4 Pages   $ 0.28

## US Court of Appeals for the Third Circuit
## Case Summary

Court of Appeals Docket #: 90-1326                    Filed: 4/30/90
Nsuit: 3820 Property Rights: Copyright
Hackney v. Sands Hotel & Casino, et al
Appeal from: Eastern District of Pennsylvania

Lower court information:
    District: 0313-2 : 90-01712
    Trial Judge: Thomas N. O'Neill, Jr., District Judge

| Date | Entry |
|---|---|
| 5/9/90 | MOTION with AFFIDAVIT on behalf of appellant Larry Hackney to proceed in forma pauperis, filed. Certificate of Service dated 5/8/90. (sdt) |
| 5/11/90 | RECORD, received. (sma) |
| 6/14/90 | SUBMITTED 6/14/90 Coram: Becker, Greenberg, Seitz, Circuit Judges (anh) |
| 6/19/90 | APPEARANCE from Attorney Frederick H. Kraus on behalf of Appellee, Greate Bay Hotel & Casino, Inc., t/a Sands Hotel, Casino & Country Club, Filed. (sma) |
| 6/19/90 | DISCLOSURE STATEMENT on behalf of Appellee Greate Bay Hotel and Casino, Inc., t/a Sands Hotel & Casino, filed. (sma) |
| 6/22/90 | ORDER Becker, Authoring Judge, Greenberg, Seitz, Circuit Judges granting leave to proceed in forma pauperis and dismissing the appeal as legally frivolous, 28 U.S.C. Sec. 1915(d),filed. Terminated on the Merits after Submission Without Oral Hearing; Dismissed/Frivolous; Written, Unsigned Without Comment, Unpublished. filed. (anh) |
| 6/22/90 | Certified copy of Order sent to Clerk of District Court. (anh) |
| 6/22/90 | RECORD RETURNED. (anh) |
| 6/27/90 | APPEARANCE from Attorney Gloria E. Soto on behalf of Appellee Claridge Hotel, filed. (sma) |
| 6/27/90 | DISCLOSURE STATEMENT on behalf of Appellee Claridge Hotel, filed. (sma) |
| 7/3/90 | PETITION by Appellant for rehearing in banc, Certificate of service dated 7/3/90, filed. (bj) |
| 8/9/90 | ORDER ( Higginbotham, Chief Judge, Sloviter, ZZ_Becker, Stapleton, Mansmann, Greenberg, Hutchinson, Scirica, Cowen, Nygaard, Alito, Seitz, Circuit Judges) denying petition for in banc rehearing by Appellant , filed. (bj) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/14/2002 16:11:38 ||||
| PACER Login: | p10012 | Client Code: | 5712.00.005 |
| Description: | dkt summary | Case Number: | 90-1326 |
| Billable Pages: | 1 | Cost: | 0.07 |

## US Court of Appeals for the Third Circuit
## Case Summary

Court of Appeals Docket #: 90-1328                                   Filed: 4/30/90
Nsuit: 3820  Property Rights: Copyright
Hackney v. Paramont Pictures, et al
Appeal from: Eastern District of Pennsylvania

Lower court information:
    District: 0313-2 : 89-08894
    Date Filed: 12/15/89

| Date | Entry |
|---|---|
| 5/2/90 | TRANSCRIPT PURCHASE ORDER (Part I), unnecessary for appeal purposes, filed. (ghb) |
| 5/4/90 | RECORD received. (ghb) |
| 5/14/90 | MOTION with AFFIDAVIT on behalf of appellant Larry Hackney to proceed in forma pauperis, filed. Certificate of Service dated 5/14/90. (sdt) |
| 6/14/90 | SUBMITTED 6/14/90 Coram: Becker, Greenberg, Seitz, Circuit Judges (anh) |
| 6/22/90 | ORDER Becker, Authoring Judge, Greenberg, Seitz, Circuit Judges granting motion to proceed in forma pauperis and dismissing the appeal as legally frivolous, 28 U.S. C. Sec 1915(d). Terminated on the Merits after Submission Without Oral Hearing; Dismissed/Frivolous; Written, Unsigned Without Comment, Unpublished. filed. (anh) |
| 6/22/90 | Certified copy of Order sent to Clerk of District Court. (anh) |
| 6/22/90 | RECORD RETURNED. (anh) |
| 7/6/90 | MOTION by Appellant for extension of time to file petition for rehearing, filed. Certificate of Service dated 7/5/90. (bj) |
| 7/6/90 | ORDER (Clerk) The foregoing motion is considered. The petition shall be filed and served within 14 days of the date of this order. If petition is not filed by that date, the motion for extension of Time will be submitted as the petition, filed. (bj) |
| 7/20/90 | PETITION by Appellant for rehearing in banc, Certificate of service dated 7/20/90, filed. (bj) |
| 8/9/90 | ORDER ( Higginbotham, Chief Judge, Sloviter, ZZ_Becker, Stapleton, Mansmann, Greenberg, Hutchinson, Scirica, Cowen, Nygaard, Alito, Seitz, Circuit Judges) denying petition for in banc rehearing by Appellant , filed. (bj) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/14/2002 16:11:51 | | | |
| PACER Login: | p10012 | Client Code: | 5712.00.005 |
| Description: | dkt summary | Case Number: | 90-1328 |
| Billable Pages: | 1 | Cost: | 0.07 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WIZKIDS CREATIONS CO., :
: 
    Plaintiff, :
: CIVIL ACTION
  v. :
:
SEPTA TRANSPORTATION, et al., :
: NO. 02-3249
    Defendants. :

**CERTIFICATE OF SERVICE.**

The undersigned counsel for defendant, Southeastern Pennsylvania Transportation Authority, certifies that true and correct copies of defendant's Motion To Dismiss, supporting Memorandum of Law and proposed Order were served on July 15, 2002, in the manner noted, and addressed as follows:

    **EXPRESS MAIL - RETURN RECEIPT REQUESTED**
    WizKids Creations Company
    c/o Larry Hackney
    5422 Chester Avenue
    Philadelphia, PA 19143
        Plaintiff

    **HAND DELIVERY**
    Richard J. Perr, Esquire
    Fineman & Bach, P.C.
    1608 Walnut Street, 19th Floor
    Philadelphia, PA 19103
        Attorney for Defendant
        Portfolio Associates, Inc.

                        _____
                        Howard A. Rosenthal

OF COUNSEL:              Richard J. Hoff, Jr.
Pelino & Lentz, P.C.        Attorneys for Defendant
One Liberty Place           Southeastern Pennsylvania
Thirty Second Floor        Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540