IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WIZKIDS CREATIONS CO.,            :
                                  :
            Plaintiff,            :
                                  :
      v.                          :
                                  :
SEPTA TRANSPORTATION, <u>et al</u>., :
                                  :
            Defendants.           :   Civil Action No. 02-3249

---

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO EXPEDITE RELIEF**

---

    Defendant, Southeastern Pennsylvania Transportation Authority ("SEPTA"), by its counsel, to the extent required, opposes the Motion to Expedite Relief for the reasons set forth in its Motion to Dismiss Plaintiff's Complaint, which previously was filed with the Court. As the Motion to Expedite Relief is virtually unintelligible and does not appear to be directed to SEPTA, no further response is possible.

    WHEREFORE, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Motion to Expedite Relief be denied and the Complaint be dismissed.


OF COUNSEL:                       Howard A. Rosenthal
Pelino & Lentz, P.C.              Attorney for Defendant,
One Liberty Place                 Southeastern Pennsylvania
Thirty Second Floor               Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540