IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| SEPTA TRANSPORTATION, <u>et al</u>., : | |
| : | |
| Defendants. : | Civil Action No. 02-3249 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOVE INFRINGEMENT PROVEN IN DEPOSITION**

Defendant, Southeastern Pennsylvania Transportation Authority ("SEPTA"), by its counsel, to the extent required, opposes the Move Infringement Proven in Deposition for the reasons set forth in its Motion to Dismiss Plaintiff's Complaint, which previously was filed with the Court.  As the Move Infringement Proven in Deposition is virtually unintelligible and does not appear to be directed to SEPTA, no further response is possible.

WHEREFORE, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Move Infringement Proven in Deposition be denied and the Complaint be dismissed.

```
OF COUNSEL:                        Howard A. Rosenthal
Pelino & Lentz, P.C.               Attorney for Defendant,
One Liberty Place                  Southeastern Pennsylvania
Thirty Second Floor                Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540
```