**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
WIZKIDS CREATIONS CO.,           :
                                 :
            Plaintiff,           :
                                 :
       v.                        :
                                 :
SEPTA TRANSPORTATION, et al.,    :
                                 :
            Defendants.          :   Civil Action No. 02-3249
```

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOVE FOR SANCTIONS**

Defendant, Southeastern Pennsylvania Transportation Authority ("SEPTA"), by its counsel, to the extent required, opposes the Move for Sanctions for the reasons set forth in its Motion to Dismiss Plaintiff's Complaint, which previously was filed with the Court. As the Move for Sanctions is virtually unintelligible, is not based upon the violation of any Order and does not state any other basis for the award of sanctions, no further response is necessary or possible.

WHEREFORE, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Move for Sanctions be denied and the Complaint be dismissed.

```
OF COUNSEL:                      Howard A. Rosenthal
Pelino & Lentz, P.C.             Attorney for Defendant,
One Liberty Place                Southeastern Pennsylvania
Thirty Second Floor              Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540
```