IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WIZKIDS CREATIONS CO.,           :
                                 :
            Plaintiff,           :
                                 :
      v.                         :
                                 :
SEPTA TRANSPORTATION, et al.,    :
                                 :
            Defendants.          :   Civil Action No. 02-3249

---

**CERTIFICATE OF SERVICE**

---

The undersigned counsel for defendant, Southeastern Pennsylvania Transportation Authority, certifies that true and correct copies of Defendant's Response to Plaintiff's Move for Sanctions, supporting Memorandum of Law and proposed Order were served on September 18, 2002, in the manner noted, and addressed as follows:

**VIA FIRST CLASS MAIL**
WizKids Creations Company
c/o Larry Hackney
5422 Chester Avenue
Philadelphia, PA 19143
   Plaintiff

Richard J. Perr, Esquire
Fineman & Bach, P.C.
1608 Walnut Street, 19th Floor
Philadelphia, PA 19103
   Attorney for Defendant
   Portfolio Associates, Inc.

_____

OF COUNSEL:                         Howard A. Rosenthal
Pelino & Lentz, P.C.                Attorney for Defendant,
One Liberty Place                   Southeastern Pennsylvania
Thirty Second Floor                 Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540