**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
WIZKIDS CREATIONS CO.,           :
                                 :
              Plaintiff,         :
                                 :
         v.                      :
                                 :
SEPTA TRANSPORTATION, et al.,    :
                                 :
              Defendants.        :   Civil Action No. 02-3249
```

---

**MEMORANDUM OF LAW SUPPORTING DEFENDANT'S**
**RESPONSE TO PLAINTIFF'S MOVE FOR SANCTIONS**

---

For the reasons set forth in the foregoing Response, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Motion be denied.

```
OF COUNSEL:                        Howard A. Rosenthal
Pelino & Lentz, P.C.                  Attorney for Defendant,
One Liberty Place                     Southeastern Pennsylvania
Thirty Second Floor                   Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540
```