**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WIZKIDS CREATIONS CO., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| SEPTA TRANSPORTATION, <u>et al</u>., : | |
| : | |
| Defendants. : | Civil Action No. 02-3249 |

## <u>O R D E R</u>

AND NOW, this ____ day of September, 2002, upon consideration of plaintiff's Move for Sanctions, and the responses thereto, the Motion is DENIED.

BY THE COURT:

_____
J.