IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WIZKIDS CREATIONS CO.,            :
                                  :
            Plaintiff,            :
                                  :
       v.                         :
                                  :
SEPTA TRANSPORTATION, et al.,     :
                                  :
            Defendants.           :   Civil Action No. 02-3249

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
SUPPLEMENTAL MOVE FOR SANCTIONS AND INFRINGEMENT**

---

Defendant, Southeastern Pennsylvania Transportation Authority ("SEPTA"), by its counsel, to the extent required, opposes the Move for Sanctions for the reasons set forth in its Motion to Dismiss Plaintiff's Complaint, which previously was filed with the Court.  As the Supplemental Move for Sanctions and Infringement is virtually unintelligible, is not based upon the violation of any Order and does not state any other basis for the award of sanctions, no further response is necessary or possible.

WHEREFORE, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Supplemental Move for Sanctions and Infringement be denied and the Complaint be dismissed.

OF COUNSEL:                       Howard A. Rosenthal
Pelino & Lentz, P.C.              Attorney for Defendant,
One Liberty Place                 Southeastern Pennsylvania
Thirty Second Floor               Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540