IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WIZKIDS CREATIONS CO., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SEPTA TRANSPORTATION, et al., | : |
| | : |
| Defendants. | :   Civil Action No. 02-3249 |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned counsel for defendant, Southeastern Pennsylvania Transportation Authority, certifies that true and correct copies of Defendant's Response to Plaintiff's Supplemental Move for Sanctions and Infringement, supporting Memorandum of Law and proposed Order were served on October 14, 2002, in the manner noted, and addressed as follows:

        **VIA FIRST CLASS MAIL**
        WizKids Creations Company
        c/o Larry Hackney
        5422 Chester Avenue
        Philadelphia, PA 19143
           Plaintiff

        Richard J. Perr, Esquire
        Fineman & Bach, P.C.
        1608 Walnut Street, 19th Floor
        Philadelphia, PA 19103
           Attorney for Defendant
           Portfolio Associates, Inc.

                                                       _____
OF COUNSEL:                           Howard A. Rosenthal
Pelino & Lentz, P.C.              Attorney for Defendant,
One Liberty Place                 Southeastern Pennsylvania
Thirty Second Floor             Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540