```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WIZKIDS CREATIONS CO.,         :
                               :
              Plaintiff,       :
                               :
         v.                    :
                               :
SEPTA TRANSPORTATION, et al.,  :
                               :
              Defendants.      :   Civil Action No. 02-3249
```

**MEMORANDUM OF LAW SUPPORTING DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL MOVE FOR SANCTIONS AND INFRINGEMENT**

For the reasons set forth in the foregoing Response, defendant, Southeastern Pennsylvania Transportation Authority, requests that the Motion be denied.

```
OF COUNSEL:                      Howard A. Rosenthal
Pelino & Lentz, P.C.               Attorney for Defendant,
One Liberty Place                  Southeastern Pennsylvania
Thirty Second Floor                Transportation Authority
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540
```