**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
WIZKIDS CREATIONS CO.,          :
                                :
          Plaintiff,            :
                                :
     v.                         :
                                :
SEPTA TRANSPORTATION, et al.,   :
                                :
          Defendants.           :   Civil Action No. 02-3249
```

**O R D E R**

AND NOW, this ____ day of October, 2002, upon consideration of plaintiff's Supplemental Move for Sanctions and Infringement, and the responses thereto, the Motion is DENIED.

BY THE COURT:

_____
                                                                J.